IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARGARET (AVIS) WILLIAMSON,    )
                               )
            Plaintiff,         )           8:05CV106
                               )
        v.                     )
                               )
NEBRASKA EQUAL OPPORTUNITY     )           ORDER
COMMISSION, KRISTIN MATTSON,   )
and GRETCHEN EURE,             )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's application to proceed without prepayment of fees and affidavit (Filing No. 16).  The Court finds said application should be granted.

IT IS ORDERED that said application is granted; plaintiff is permitted to proceed on appeal without prepayment of fees.

DATED this 28th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court